1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EMPLOYEE PAINTERS TRUST HEALTH
& WELFARE FUND, WESTERN
WASHINGTON PAINTERS DEFINED
CONTRIBUTION PENSION TRUST,
WESTERN WASHINGTON
APPRENTICESHIP AND TRAINING
TRUST, LABOR MANAGEMENT
COOPERATION TRUST FUND,
INTERNATIONAL UNION OF PAINTERS
& ALLIED TRADES PENSION FUND,
INTERNATIONAL BROTHERHOOD OF
PAINTERS & ALLIED TRADES UNION &
INDUSTRY FUND, AND
INTERNATIONAL UNION OF PAINTERS
& ALLIED TRADES DISTRICT COUNCIL
NO. 5,

CAUSE NO. C06-5145KLS

Plaintiffs,

v.

TIMOTHY H. JACKSON and JODI L.
JACKSON, husband and wife and the marital
community comprise thereof and BRYDON
PAINTING SERVICES, INC., a Washington
corporation,,

Defendants.

ORDER GRANTING REQUEST TO
WAIVE LOCAL RULE 39.1

27

28

This matter comes before the court on the parties joint request to waive the requirement of

Local Rule 39..  (Dkt. #29).

1    The undersigned finds the parties have set forth good reason to waive such requirement and

2    therefore the Court waives the requirement to hold a mediation.

3    DATED this 16th  day of February, 2007.

4

5                                     /s/ Karen L. Strombom
                                   Karen L. Strombom
6                                   U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Request
Page - 2