Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND AND INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES UNION & INDUSTRY FUND, and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY E. JACKSON and JODI L. JACKSON, husband and wife and the marital community comprised thereof, and BRYDON PAINTING SERVICE, INC., a Washington corporation,<br><br>Defendants. | CAUSE NO.: C06-5145KLS<br><br>ORDER OF JUDGMENT INCLUDING ATTORNEY'S FEES & COSTS<br><br>**Clerk's Action Required** |

ORDER OF JUDGMENT
CASE NO. C06-5145 KLS - PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Plaintiffs Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Brotherhood of Painters & Allied Trades Union & Industry Fund, and International union of Painters & Allied Trades District Council No. 5 (Trust Funds) have moved the Court for entry of Judgment for including attorneys fees and costs against Defendants Timothy E. Jackson and Jodi L. Jackson, husband and wife and the marital community comprised thereof, and Brydon Painting Service, Inc., a Washington corporation (Employer).

The plaintiffs' filed their Motion for Judgment Including Attorney's Fees & Costs (Dkt. #50) on April 19, 2007 with a noting date of May 4, 2007.  The defendants have not filed any response to the plaintiffs motion.

**SUMMARY OF JUDGMENT**

1. Judgment Creditors: Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Brotherhood of Painters & Allied Trades Union & Industry Fund, and International Union of Painters & Allied Trades District Council No. 5

2. Judgment Debtors: Timothy E. Jackson and Jodi L. Jackson, husband and wife and the marital community comprised thereof, and Brydon Painting Service, Inc., a Washington corporation

3. Contributions: $3,483.20
4. Liquidated Damages: $601.30
5. Costs: $679.57
6. Auditor's Fees: $777.12
7. Attorney's Fees: $23,627.48

ORDER OF JUDGMENT
CASE NO. C06-5145 KLS - PAGE 2 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

| | | |
|---|---|---|
| 8. | Post-Judgment Interest on Delinquent Contributions: | 12% per annum |
| 9. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050<br>EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Judgment against Defendant Employer and the Court having considered the pleadings on file and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Judgment against Defendant Employer in the amount $29,168.67 representing contributions covering the period November through December 2005, February 2006 and June 2006 in the amount $3,483.20, liquidated damages in the amount $601.30, costs in the amount $679.57, auditor's fees in the amount $777.12 and attorney's fees in the amount $23,627.48, for a total amount owing of $29,168.67.

**IT IS FURTHER ORDERED** that such Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance of delinquent contributions at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

DATED this 14th day of May, 2007.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119

ORDER OF JUDGMENT
CASE NO. C06-5145 KLS - PAGE 3 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  Telephone: (206) 282-8221
   Fax: (206) 285-4587
2  E-mail: r.bohrer@ekmanbohrer.com
   Attorney for Plaintiff Trust Funds

3  S:\Collections\WWP-3410\Pleadings\2007\Brydon Painting 3410 USDC Order of Judgment Including Attorneys Fees & Costs.doc

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER OF JUDGMENT
CASE NO. C06-5145 KLS - PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587