# United States District Court

WESTERN DISTRICT OF WASHINGTON

Employee Painters Trust Health & Welfare Fund, et al,

    Plaintiff,

v.

Timothy E Jackson, et al.

    Defendant.

SUPPLEMENTAL JUDGMENT IN A CIVIL CASE FOR ATTORNEY FEES AND COSTS

CASE NUMBER: C06-5145KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that attorney fees and costs in the amount of $25,084.17 be awarded to plaintiffs.

May 23, 2007

BRUCE RIFKIN
Clerk

/s/ *Traci Whiteley*
By Traci Whiteley, Deputy Clerk